Cause No. 01-15-00036-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 11 2015

CHRISTOPHER A. PRINE
CLERK _____

Russell Ham                          §        IN THE NINTH
Appellant, Pro se                    §        COURT OF APPEALS
                                     §        BEAUMONT, TEXAS
                                     §
vs.                                  §
                                     §
William Stephens                     §
Appellee.,                           §

JUDICIAL NOTICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Russell Ham , Appellant,Pro se, T.D.C.J.-ID#11044-9, files this Motion for Judicial Notice and asks this Honorable Court to forward his Pro se Appellant Brief to the First Coourt of Appeals. Appellant Ham will respectfully show this Court the following:

I.

Procedural History

Russell Ham filed his Tort Claim in the 411th District Court of Polk County, Texas. Appellant presented several cause of actions Texas Liability Theft Act and conversion, among other cause of actions. The Appellee filed it's answer and Motion to Dismiss. Two days after the Motion to Dismiss was filed the District court dismissed Appellant's Texas Tort Claim. Appellant timely filed his Notice of Appeal with the District Court.

1.

The Ninth Court of Appeals issued Appellant Ham a cause number and informed him of when his Appellate Brief was due. Although, Appellant Ham was unable to meet the deadline he filed for an extention of time, which was granted by the District Court.

Appellant Ham filed his Pro se brief with the Ninth Court of Appeal on March 6, 2015.[1] After the briefs were mailed, the appellant was informed that his appeal has been transferred to the First Court of Appeal at Houston.

## ARGUMENT

Under Texas Rules of Evidence 201(b), the Court may take judicial notice of facts that are not subject to reasonable dispute if the facts are either (1) notorious, that is, generally, known within the territoral jurisdiction of the trial court, or (2) verifiable, that is capable of accurate and ready determination by restoring to sources whose accuracy may not reasonably be questioned. Office of Pub. Util. Counsel vs. Public Util. Comm'n, 878 S.W.2d 598,600 (Tex. 1994).

## CONCLUSION

Appellant Ham asserts that by mailing the briefs to the wrong Appellate Court was not an mistake on his part, however, it should be corrected and his right to redress by preserved. Furt-

1. Appellant Ham forwarded his brief to the Ninth Court of Appeals to be filed stamped. Therefore, he can not make an duplicate of the brief.

hermore, his copy of the Appellate Brief should be returned to filed stamped by the First Court of Appeals of Houston.

## PRAYER

For these reasons, Appellant Ham asks this Court to forward the Brief to the First Court of Appeals at Houston. And forward his copy to him file stamped by the First Court of Appeals.

Russell Ham
T.D.C.J.-ID#1104449

3.

## CERTIFICATE OF SERVICE

I, Russell Ham, Pro se Appellant , T.D.C.J.-ID#1104449, certify that the foregoing and above has been served by placing it in the Allen B.Polunsky Unit mailbox on May 4,2015, postage prepaid , first class mail addressed to:

Briana M.Webb
Assistant Attorney General
P.O. Box 12548,Capital Station
Austin,Texas 78701

First Court of Appeals
Clerk of the Court
301 Fannin Street
Houston,Texas 77002-2066

Ninth Court of Appeals
Clerk of the Court
1001 Pearl Street,Ste. 330
Beaumont,Texas 77701

Russell Ham
T.D.C.J.-ID#1104449
3872 FM 350 South
Allen B.Polunsky Unit
Livingston,Texas 77351

4.

## CERTIFICATE OF SERVICE

I, Russell Ham, Pro se Appellant , T.D.C.J.-ID#1104449, certify that the foregoing and above has been served by placing it in the Allen B.Polunsky Unit mailbox on May 4,2015, postage prepaid , first class mail addressed to:

Briana M.Webb
Assistant Attorney General
P.O. Box 12548,Capital Station
Austin,Texas 78701

First Court of Appeals
Clerk of the Court
301 Fannin Street
Houston,Texas 77002-2066

Ninth Court of Appeals
Clerk of the Court
1001 Pearl Street,Ste. 330
Beaumont,Texas 77701

Russell Ham
T.D.C.J.-ID#1104449
3872 FM 350 South
Allen B.Polunsky Unit
Livingston,Texas 77351

4.

Date:May 4,2015

Ninth Court of Appeals
Clerk of the Clerk
1001 Pearl Street,Ste.330
Beaumont,Texas 77701

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 11 2015

CHRISTOPHER A. PRINE

CLERK

Re: Russell Ham vs. William Stephens
    Trial Court Cause No. CIV 28800
    Court of Appeals Number:01-15-00036-CV

Dear Clerk,

   Enclosed please find one (1) Original copy of Appellant's Judicial Notice. Please file this Judicial Notice with the Court and bring it to their attention.

   Please file stamp my copy of this Judicial Notice and forward it back to me in the enclosed Self Addressed Stamped Envelope for your convenience.

   A copy of the foregoing has been forwarded to the Appellee and to the First Court of Appeals of Houston for their filings.

Thank you for your time and kind asistance in this matter.

Thank you,

Russell Ham
T.D.C.J.-ID#1104449
3872 FM 350 South
Allen B.Polunsky Unit
Livingston,Texas 77351



Russell Haan
110444Y
3872 FM 350 5,
Livingston TX 77351
Polinsky

V.F. Special

```
RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 1 1 2015

CHRISTOPHER A. PRINE
CLERK
```

NORTH HOUSTON TX 773
05 MAY 2015 PM 3 L

First Court of Appeals
Clerk of the Court
301 Fannin St
Houston, Texas 77002-2066

```
RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 1 9 2015

CHRISTOPHER A. PRINE
CLERK
```

MAIL RECEIVED

7700220669

FOREVER USA